IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JUAN L. HERNANDEZ VAZQUEZ
SANDRA M. RIVERA MARTINEZ
DEBTORS

CASE NO 06-02633 SEK

CHAPTER 13

## MOTION SUBMITTING DOCUMENT REQUESTED BY TRUSTEE

**TO THE HONORABLE COURT:**

**COME NOW, JUAN L. HERNANDEZ VAZQUEZ AND SANDRA M. RIVERA MARTINEZ** debtors in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. At the §341 Meeting of Creditors held on *February 28, 2007*, the Chapter 13 Trustee requested that the debtors submit the following: "Patente"and permits needed, if any.

2. Attached to this Motion, debtors respectfully submit the documents/evidence requested by the Trustee.

3. Debtors respectfully request from this Honorable Court to take notice of the foregoing.

**WHEREFORE,** debtors respectfully request from this Honorable Court are informed of the aforementioned.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors, JuanL. Hernández Vazquez and Sandra M. Rivera Martinez, in the above captioned case.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, this 22nd day of May, 2007.

/s/ Roberto Figueroa-Carrasquillo
USDC #203614
ATTORNEYS FOR PETITIONER
PO BOX 193677
SAN JUAN PR 00919
TEL (787) 744-7699 FAX 746-5294
EMAIL rfigueroa@prtc.net



Gobierno de la Ciudad Universitaria de Cayey
PO Box 371330
Cayey, Puerto Rico 00737
Tel. (787) 738-3211



## OFICINA DE RECAUDACIONES

# CERTIFICACION

Yo, Milton A. Vega Suárez, Jefe de Recaudaciones e Inversiones Municipales,

## Certifico que:

El Sr. Juan Luis Hernández Vázquez, seguro social número -5585, no tiene deuda con nuestro municipio por patentes municipales. El señor Hernández Vázquez es propietario de New York Realty, ubicado en en la Urb. El Rocío Calle Hiedra 69 en Cayey. Igualmente, radicó y pagó la patente municipal hasta el 30 de junio de 2008. Esta certificación se preparó a petición del señor Hernández Vázquez. Cualquier duda o aclaración, favor de comunicarse al (787) 738-6126.

Dada en Cayey, hoy 1 de mayo de 2007.

Sirviendo Siempre,

Milton A. Vega Suárez
Jefe de Recaudaciones e
Inversiones Municipales

Estimado Comerciante:

Adjunto, un nuevo Certificado de Registro de Comerciante que refleja las enmiendas solicitadas al Certificado de Registro original. Favor de:

1. Revisar que el nuevo Certificado refleje las enmiendas según solicitadas.
2. Verificar la localidad para la cual se emite el nuevo Certificado.
3. Sustituir el Certificado original por el nuevo Certificado y destruir el Certificado original.

Este nuevo Certificado de Registro invalida cualquier Certificado emitido anteriormente.

Recuerde que tiene que exhibir su Certificado de Registro de Comerciante en un lugar visible de su negocio.

Es importante que en cualquier comunicación que envíe al Departamento referente al Impuesto sobre Ventas y Uso, incluya su nombre o el nombre de la entidad según aparece en el Certificado, el número de registro y el número de seguro social o cuenta patronal.

Para información adicional, puede visitar nuestra página de Internet en www.hacienda.gobierno.pr/ivu; o enviar un correo electrónico a ivuconsultas@hacienda.gobierno.pr

Cordialmente,

Carlos E. Serrano
Secretario Auxiliar
Area de Rentas Internas

---

lll...ll...l...l..ll..ll..l
5-DIGIT
JUAN LUIS HERNANDEZ VAZQUEZ
URB.EL ROCIO CALLE HIEDRA #69 CAYEY
CAYEY 00736

C-0000050

---

Modelo SC 2918
Rev. 14 sep 06



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

## CERTIFICADO DE REGISTRO DE COMERCIANTE
## 0013022-0018
## NO RETIENE IMPUESTO

**Nombre Localidad:**

NEW YORK REALTY

URB.EL ROCIO CALLE HIEDRA #69 CAYEY
CAYEY P.R. 00736

**Nombre Legal:**

JUAN LUIS HERNANDEZ VAZQUEZ

URB.EL ROCIO CALLE HIEDRA #69 CAYEY
CAYEY PR 00736

C00157236

**Código NAICS:** 531210

**Actividad Comercial:** CORREDORES, VENDEDORES Y EMPRESAS DE BIENES RAICES

**Tipo de Certificado:** COMERCIANTE

Yo, Juan C. Méndez Torres, certifico que este comerciante está inscrito en el Registro de Comerciantes del Departamento de Hacienda.

Secretario de Hacienda

Este Certificado es intransferible y el mismo deberá exhibirse en todo momento en un lugar visible al público en la localidad arriba indicada.
00130220018002DE20