## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> JUAN L. HERNANDEZ VAZQUEZ <br> SANDRA M. RIVERA MARTINEZ <br> Debtors | CASE NO. 06-02633-SEK <br> CHAPTER:13 <br> INDEX: |
| **TOYOTA CREDIT DE PUERTO RICO CORP.** <br> Movant <br> vs. <br> JUAN L. HERNANDEZ VAZQUEZ <br> SANDRA M. RIVERA MARTINEZ <br> TRUSTEE JOSE R. CARRION MORALES <br> Respondents | |

## REQUEST FOR RELIEF FROM AUTOMATIC STAY

**TO THE HONORABLE COURT:**

Comes now, TOYOTA CREDIT DE PUERTO RICO CORP. ("TOYOTA CREDIT"), through the undersigned attorneys and very respectfully states and prays:

1. This Honorable Court has jurisdiction over the instant matter as provided by 28 U.S.C. Sec. 1334 and 28 U.S.C. Sec. 157.

2. Pursuant to 11 U.S.C. Sec 362 (d) (1), Toyota Credit hereby requests relief from the stay of an act against property for cause.

3. Toyota Credit is a secured creditor by virtue of being holder in due course of a conditional sales contract which encumbers Debtors' 2005 Toyota Echo motor vehicle. Thus, Toyota Credit has a valid security interest in the property described in the aforementioned contract.

4. On August 4, 2006, Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code. On November 1, 2006 the case was converted to Chapter 13 of the Bankruptcy Code.

5. Debtors' confirmed Chapter 13 payment plan, dated March 1, 2007, provides for Debtors to pay pre-petition arrears through Trustee and maintain direct payments to Toyota Credit. Debtors have failed to make post-petition payments to Toyota Credit and the Chapter 13 Trustee for an unreasonable amount of time.

6. As of this date, Debtors owe Toyota Credit the amount of $1,365.45, for lack of payment of five (5) post-petition installments corresponding to the months from February to June of the year 2009. In addition, Debtors will become due for another installment of $273.09 on July 8, 2009.

7. In addition, Debtors are in arrears on payments to the Chapter 13 Trustee for the amount of $650.00 for lack of payment of three (3) monthly installments.

8. Section 362 of the Bankruptcy Code provides that the automatic stay may be lifted for cause, including the lack of adequate protection of an interest in property of such party in interest. 11 U.S.C. Sec 362 (d) (1).

9. Debtors have failed to provide adequate protection to movant since the filing of the instant case. These facts constitute cause to lift the automatic stay. *In re Panas, 63 B.R. 637, 638 (Bank E.D. Pa 1986); In re Sierra, 73 B.R. 322 Bank D. Puerto Rico 1987.*

10. Debtors have failed to provide adequate protection to this secured creditor by omitting to make the payments for the regular installments and to cure arrears within reasonable time. 11 U.S.C. 361. Debtors' failure to comply with the installments due is an unreasonable delay which is prejudicial to creditor and is sufficient cause to entitle Toyota Credit to relief from the automatic stay.

11. Toyota Credit pleads that movant has made a *prima facie* showing case why relief from the automatic stay should be granted. Therefore, the party opposing relief from stay has the burden of showing why relief should not be granted. *11 U.S.C. Sec 362 (d) (1)*.

12. In view of the aforementioned, relief from the automatic stay should be granted against Debtors.

13. Finally, Toyota Credit respectfully requestst that in the event that Debtors cure arrears after the filing of this motion, Debtors be ordered to pay Toyota Credit the additional sum of $500.00 for attorneys fees in connection to the filing of this motion.

WHEREFORE, it is respectfully requested from this Honorable Court that the stay be lifted as to movant, so that Toyota Credit may commence or continue legal proceedings before the local courts.

CERTIFICATE OF SERVICE: I hereby certify that a true and correct copy of this Motion and all attachments hereto have been mailed to Debtors Juan L. Hernandez Vázquez and Sandra M. Rivera Martínez, at Urb. El Rocío, 69 Calle Hiedra, Cayey, Puerto Rico 00736; to Debtors' attorney Roberto Figueroa Carrasquillo, at P.O. Box 193677, San Juan, Puerto Rico 00919-3677; and to the Chapter 13 Trustee José R. Carrión Morales, at P.O. Box 9023884, San Juan, Puerto Rico, 00902-3884; by certified mail with return receipt.

In San Juan, Puerto Rico, this 18th day of June, 2009.

FERNANDEZ, COLLINS & RIVERO-VERGNE

/s/ Maximiliano A. Plá Méndez
MAXIMILIANO A. PLA MENDEZ
USDCPR 224307
PO BOX 9023905
SAN JUAN, PUERTO RICO 00902-3905
TEL. 787-977-3772   FAX 787-977-3773
map@fcrv.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                 *CASE NUMBER: 06-02633

*CHAPTER: 13

Debtor(s)    JUAN LUIS HERNANDEZ VAZQUEZ
SANDRA MILAGROS RIVERA MARTINEZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNSWORN STATEMENT OF AMOUNTS DUE
UNDER PENALTY OF PERJURY

1. Delinquency Dates    2/8/09-6/8/09

2. Delinquency Amount $1,338.15

3. Late Charges: NA

I hereby certify that the above information is correct to my best of knowledge and belief

In Torrance, California, on this day June 10, 2009.

By: _____
Cheryl Nishimura, Asset Protection Administrator
1-800-551-9785 x65281

| PRINT INQUIRY | | Close Window | | | | Click Here to Print this Page |
|---|---|---|---|---|---|---|
| 06-02633-SEK | JUAN LUIS HERNANDEZ VAZQUEZ (xxx-xx-5585) | | EL ROCIO • 69 CALLE HIEDRA • CAYEY • PR • 00736 | | $250.00 MO | Bar Date(s): 3/7/2007 (has passed) 4/8/2007 (has passed) |
| | SANDRA MILAGROS RIVERA MARTINEZ (xxx-xx-9818) | | | | | Confirmed: 7/5/2007 |
| | Trustee: José R. Carrión | | Attorney: ROBERTO FIGUEROA CARRASQUILL* | | | Case Status: ACTIVE |

**Debtor Pay Schedules**

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 11/9/2006 | 24.00 | $150.00 | MONTHLY | JUAN LUIS HERNANDEZ VAZQUEZ | 12/4/2006 | |
| 11/9/2008 | 36.00 | $250.00 | MONTHLY | JUAN LUIS HERNANDEZ VAZQUEZ | 6/18/2007 | |
| 11/9/2011 | end of plan | $0.00 | MONTHLY | JUAN LUIS HERNANDEZ VAZQUEZ | 6/18/2007 | |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|
| | | |

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 11/9/2006 | 12/8/2006 | $150.00 | $150.00 |
| 2 | 12/9/2006 | 1/8/2007 | $150.00 | $300.00 |
| 3 | 1/9/2007 | 2/8/2007 | $150.00 | $450.00 |
| 4 | 2/9/2007 | 3/8/2007 | $150.00 | $600.00 |
| 5 | 3/9/2007 | 4/8/2007 | $150.00 | $750.00 |
| 6 | 4/9/2007 | 5/8/2007 | $150.00 | $900.00 |
| 7 | 5/9/2007 | 6/8/2007 | $150.00 | $1,050.00 |
| 8 | 6/9/2007 | 7/8/2007 | $150.00 | $1,200.00 |
| 9 | 7/9/2007 | 8/8/2007 | $150.00 | $1,350.00 |
| 10 | 8/9/2007 | 9/8/2007 | $150.00 | $1,500.00 |
| 11 | 9/9/2007 | 10/8/2007 | $150.00 | $1,650.00 |
| 12 | 10/9/2007 | 11/8/2007 | $150.00 | $1,800.00 |
| 13 | 11/9/2007 | 12/8/2007 | $150.00 | $1,950.00 |
| 14 | 12/9/2007 | 1/8/2008 | $150.00 | $2,100.00 |
| 15 | 1/9/2008 | 2/8/2008 | $150.00 | $2,250.00 |
| 16 | 2/9/2008 | 3/8/2008 | $150.00 | $2,400.00 |
| 17 | 3/9/2008 | 4/8/2008 | $150.00 | $2,550.00 |
| 18 | 4/9/2008 | 5/8/2008 | $150.00 | $2,700.00 |
| 19 | 5/9/2008 | 6/8/2008 | $150.00 | $2,850.00 |
| 20 | 6/9/2008 | 7/8/2008 | $150.00 | $3,000.00 |
| 21 | 7/9/2008 | 8/8/2008 | $150.00 | $3,150.00 |
| 22 | 8/9/2008 | 9/8/2008 | $150.00 | $3,300.00 |
| 23 | 9/9/2008 | 10/8/2008 | $150.00 | $3,450.00 |
| 24 | 10/9/2008 | 11/8/2008 | $150.00 | $3,600.00 |
| Total | | | | $3,600.00 |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 11/9/2008 | 12/8/2008 | $250.00 | $250.00 |
| 2 | 12/9/2008 | 1/8/2009 | $250.00 | $500.00 |
| 3 | 1/9/2009 | 2/8/2009 | $250.00 | $750.00 |
| 4 | 2/9/2009 | 3/8/2009 | $250.00 | $1,000.00 |
| 5 | 3/9/2009 | 4/8/2009 | $250.00 | $1,250.00 |
| 6 | 4/9/2009 | 5/8/2009 | $250.00 | $1,500.00 |
| 7 | 5/9/2009 | 6/8/2009 | $250.00 | $1,750.00 |
| 8 | 6/9/2009 | 7/8/2009 | $250.00 | $2,000.00 |
| 9 | 7/9/2009 | 8/8/2009 | $250.00 | $2,250.00 |
| 10 | 8/9/2009 | 9/8/2009 | $250.00 | $2,500.00 |
| 11 | 9/9/2009 | 10/8/2009 | $250.00 | $2,750.00 |
| 12 | 10/9/2009 | 11/8/2009 | $250.00 | $3,000.00 |
| 13 | 11/9/2009 | 12/8/2009 | $250.00 | $3,250.00 |
| 14 | 12/9/2009 | 1/8/2010 | $250.00 | $3,500.00 |
| 15 | 1/9/2010 | 2/8/2010 | $250.00 | $3,750.00 |
| 16 | 2/9/2010 | 3/8/2010 | $250.00 | $4,000.00 |
| 17 | 3/9/2010 | 4/8/2010 | $250.00 | $4,250.00 |
| 18 | 4/9/2010 | 5/8/2010 | $250.00 | $4,500.00 |
| 19 | 5/9/2010 | 6/8/2010 | $250.00 | $4,750.00 |
| 20 | 6/9/2010 | 7/8/2010 | $250.00 | $5,000.00 |
| 21 | 7/9/2010 | 8/8/2010 | $250.00 | $5,250.00 |
| 22 | 8/9/2010 | 9/8/2010 | $250.00 | $5,500.00 |
| 23 | 9/9/2010 | 10/8/2010 | $250.00 | $5,750.00 |
| 24 | 10/9/2010 | 11/8/2010 | $250.00 | $6,000.00 |
| 25 | 11/9/2010 | 12/8/2010 | $250.00 | $6,250.00 |
| 26 | 12/9/2010 | 1/8/2011 | $250.00 | $6,500.00 |
| 27 | 1/9/2011 | 2/8/2011 | $250.00 | $6,750.00 |
| 28 | 2/9/2011 | 3/8/2011 | $250.00 | $7,000.00 |
| 29 | 3/9/2011 | 4/8/2011 | $250.00 | $7,250.00 |
| 30 | 4/9/2011 | 5/8/2011 | $250.00 | $7,500.00 |
| 31 | 5/9/2011 | 6/8/2011 | $250.00 | $7,750.00 |
| Total | | | | $7,750.00 |

Payments Expected for Step 3:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 11/9/2011 | 12/8/2011 | $0.00 | $0.00 |
| Total | | | | $0.00 |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 11/2006 | $150.00 | | | $150.00 |
| 2 | 12/2006 | $150.00 | $150.00 | | $150.00 |
| 3 | 1/2007 | $150.00 | $150.00 | | $150.00 |
| 4 | 2/2007 | $150.00 | $150.00 | | $150.00 |
| 5 | 3/2007 | $150.00 | $150.00 | | $150.00 |
| 6 | 4/2007 | $150.00 | $150.00 | | $150.00 |
| 7 | 5/2007 | $150.00 | $150.00 | | $150.00 |
| 8 | 6/2007 | $150.00 | $150.00 | | $150.00 |
| 9 | 7/2007 | $150.00 | $150.00 | | $150.00 |
| 10 | 8/2007 | $150.00 | $150.00 | | $150.00 |
| 11 | 9/2007 | $150.00 | $150.00 | | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | 10/2007 | $150.00 | $150.00 | | $150.00 |
| 13 | 11/2007 | $150.00 | $150.00 | | $150.00 |
| 14 | 12/2007 | $150.00 | $150.00 | | $150.00 |
| 15 | 1/2008 | $150.00 | $150.00 | | $150.00 |
| 16 | 2/2008 | $150.00 | $150.00 | | $150.00 |
| 17 | 3/2008 | $150.00 | $150.00 | | $150.00 |
| 18 | 4/2008 | $150.00 | $150.00 | | $150.00 |
| 19 | 5/2008 | $150.00 | $150.00 | | $150.00 |
| 20 | 6/2008 | $150.00 | $150.00 | | $150.00 |
| 21 | 7/2008 | $150.00 | $150.00 | | $150.00 |
| 22 | 8/2008 | $150.00 | $150.00 | | $150.00 |
| 23 | 9/2008 | $150.00 | $150.00 | | $150.00 |
| 24 | 10/2008 | $150.00 | $150.00 | | $150.00 |
| 25 | 11/2008 | $250.00 | $250.00 | | $150.00 |
| 26 | 12/2008 | $250.00 | $250.00 | | $150.00 |
| 27 | 1/2009 | $250.00 | $250.00 | | $150.00 |
| 28 | 2/2009 | $250.00 | $250.00 | | $150.00 |
| 29 | 3/2009 | $250.00 | $250.00 | | $150.00 |
| 30 | 4/2009 | $250.00 | $250.00 | | $150.00 |
| 31 | 5/2009 | $250.00 | | | $400.00 |
| 32 | 6/2009 | $250.00 | | | $650.00 |

**Total Delinquent Amount: $650.00**



Payments Expected vs Payments Received



Total Delinquency Amount

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 06-02633 |
|---|---|
| Debtor (s)  SANDRA RIVERA MARTINEZ  JUAN HERNANDEZ VAZQUEZ | CHAPTER: 13 |

## DECLARATION UNDER PENALTY OF PERJURY

I Sylvia Ludman, of legal age, citizen of the United States of America, and resident of Downey, California, hereby state and declare:

1. That I am employed by Toyota Motor Credit Corporation as an Adequate Protection official in charge of supervising the accounts of Toyota Motor Credit Corporation clients that have filed for bankruptcy.

2. That I have reviewed Toyota Motor Credit Corporation's records concerning debtor (s), and these show that no party (including debtor (s)) has notified Toyota Motor Credit Corporation that debtor (s) is (are) in active military service.

3. That, thus, to the best of Toyota Motor Credit Corporation's knowledge, debtor (s) is (are) not in active military service.

I hereby certify, that the above information is correct, and declare the same under penalty of perjury in compliance with the Service member (Soldiers and Sailors) Civil Relief Act of 2003

In Torrance, California, on this 26th day of May, 2009.

By: _____

Sylvia Ludman, Asset Protection Analyst

Department of Defense Manpower Data Center                    MAY-26-2009 07:05:12



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| RIVERA | SANDRA | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:* ***DRIUTANACR***



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| RIVERA MARTINEZ | SANDRA | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon* (signature)

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:* **DRIYBJOKCD**


Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| HERNANDEZ | JUAN | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:* **DRJJFGNMAI**

Department of Defense Manpower Data Center     MAY-26-2009 07:06:40



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| HERNANDEZ VAZQUEZ | JUAN | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon* (signature)

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

https://www.dmdc.osd.mil/scra/owa/scra.prc Select     5/26/2009

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:* **DRJNSLJTZP**

**TOYOTA FINANCIAL SERV**
350 Ave. Carlos Chardón
San Juan, Puerto Rico 00918-2128

## CONTRATO DE VENTA AL POR MENOR A PLAZOS

07/09/2004

Núm. Concesionario: 59168  Núm. Contrato: _____  Fecha: _____

| Comprador (y Co-Comprador) Nombre, Dirección y Código Postal | Vendedor - Nombre y Dirección |
|---|---|
| SANDRA M RIVERA MARTINEZ<br>JUAN L HERNANDEZ VAZQUEZ<br>URB EL ROCIO #69 CALLE HIEDRA<br>CAYEY PR 00736 | M V P AUTO CORPORATION<br>PMB 283 BOX 4752<br>Ciudad donde se efectúa el contrato CAGUAS PR 00725 |

Usted el Comprador (y el Co-Comprador, si alguno) puede comprar al contado o a crédito el vehículo descrito más adelante. El precio al contado es el que se denomina más adelante como "Precio de Venta al Contado". El precio a crédito es el que se denomina más adelante como "Precio de Venta Total". Al firmar este contrato, usted puede comprar el vehículo a crédito, sujeto a los términos y condiciones que aparecen en ambos lados de este contrato. Descripción del vehículo. Usted está de acuerdo en comprar, y el Vendedor está de acuerdo en vender, el siguiente vehículo:

| Nuevo o Usado | Año | Marca y Modelo | Núm. de Serie del Motor | Uso para el cual se Compra |
|---|---|---|---|---|
| NUEVO | 2005 | TOYOTA ECHO | JTDAT123556349171 | ☒ PERSONAL<br>☐ NEGOCIO |

Describa tipo y equipo que se incluye: _____ Millaje: _____

### DECLARACION DEL COSTO DEL CREDITO AL CONSUMIDOR

| TASA DE POR CIENTO ANUAL<br>El costo anual de su crédito en términos porcentuales | CARGO POR FINANCIAMIENTO<br>Cantidad en dólares que le costará el crédito | CANTIDAD FINANCIADA<br>Cantidad de crédito provisto a usted o a su cuenta | TOTAL DE PAGOS<br>Cantidad que usted habrá pagado al terminar todos los pagos contratados | PRECIO DE VENTA TOTAL<br>Costo total de su compra a crédito, incluyendo el pronto pago de $ 1200 |
|---|---|---|---|---|
| 8.2% | $ 4173.42 | $ 15489.06 | $ 19662.48 | $ 20862.48 |

PRINTED COPY

**Itinerario de Pagos:**

| Número de Plazos | Cantidad de cada Plazo | Vencimiento de los Plazos |
|---|---|---|
| 72 | $ 273.09 | el día 8th de cada mes comenzando el<br>8th de AUG de 2004 |
| Un Plazo final de | $ N/A | el día ___ de N/A de ___ |

Cargo por Demora: 5% del monto del plazo ó $100.00, lo que sea menor, por cada plazo vencido y sin pagar por más de 15 días.
Saldo por Anticipado: Si usted paga toda su deuda por anticipado, puede tener derecho a un reembolso parcial del cargo por financiamiento.
Descripción del Gravamen: Toyota Credit de Puerto Rico Corp. ("TCPR" o el "Acreedor") tendrá un gravamen sobre el vehículo comprado, el cual garantizará el pago total de la obligación contraída por usted.
Información Adicional: Vea el reverso de este contrato para información adicional sobre falta de pago, incumplimiento, requerimiento de pago total antes de la fecha programada, reembolso en caso de saldo anticipado y penalidades.

### III. DETALLES DEL BALANCE DE PRINCIPAL (Cantidad Financiada)

1. Precio al Contado  $ 13900.00
   Accesorios Adicionales  $ N/A
   Descripción
   TOTAL  $ 13900.00
2. Pronto Pago en Efectivo  $ 1200.00
   Bien (es)
   Descripción del Vehículo
   N/A
   TOTAL  $ 1200.00
3. Diferencia entre PARTIDAS 1 Y 2  $ 12700.00
4. Cantidades Financiadas por el Acreedor
   Cantidad para derechos  $ 69.50
   Cantidad para seguros (Véase información sobre Seguros)  $ 2719.86
   Pagado a _____ por motivo de _____  $ N/A
   Pagado a _____ por motivo de _____  $ N/A
   TOTAL:  $ 2789.06
5. Balance de Principal (Cantidad Financiada) (3+4)  $ 15489.06
6. Cargo por Financiamiento  $ 4173.42
7. Balance Diferido (Total de Pagos) (5+6)  $ 19662.48

CERTIFICO HABER RECIBIDO COPIA DE ESTE CONTRATO CON TODOS LOS BLANCOS LLENOS, Y QUE HE LEIDO AMBOS LADOS DEL MISMO.

AVISO AL COMPRADOR: NO FIRME ESTE CONTRATO SIN LEERLO O SI EL MISMO CONTIENE ESPACIOS EN BLANCO. USTED TIENE DERECHO A UNA COPIA DE ESTE CONTRATO. BAJO LA LEY ACTUAL USTED TIENE DERECHO A SALDAR POR ANTICIPADO EL BALANCE ADEUDADO BAJO EL CONTRATO. EN ESTOS CASOS SE CANCELARA EL PRINCIPAL ADEUDADO A LA FECHA DEL PAGO MAS CUALQUIER BALANCE PARA CUBRIR CARGOS O INTERESES DEVENGADOS A ESA FECHA.

AVISO AL CO-COMPRADOR: USTED ESTA ADVERTIDO QUE EL ACREEDOR GARANTIZADO TENDRA DERECHO A LA POSESION DE LA PROPIEDAD GRAVADA LUEGO DE UN EVENTO DE INCUMPLIMIENTO, SIN INCOAR PROCEDIMIENTO JUDICIAL.

CONTRATO DE VENTA AL POR MENOR A PLAZOS

RECEIVED JUL 16 2004 TOYOTA FINANCIAL SERVICES CREDIT DEPARTMENT

_Sandra Rivera_
Firma del Comprador

_[signature]_
Firma del Co-Comprador

Por: _[signature]_
Vendedor o Representante Autorizado

Título y Dirección _____

Recibo de Mercancía y Promesa de Pago: Usted está de acuerdo que ha recibido: el vehículo y/o los servicios descritos anteriormente y que ha aceptado la entrega del vehículo en buenas condiciones. Usted promete pagar al Acreedor el Precio Total de Venta aquí indicado, pagar el Pronto Pago Total y pagar al Acreedor el Total de los Pagos de conformidad con el Itinerario de Pagos antes indicados, así como todas las demás cantidades acordadas bajo este contrato. Certifico que he recibido copia cumplimentada de este Contrato de Venta a Plazos y que he leído ambos lados de este documento

COPIA PARA SUCURSAL  PR 3003 (08/02)

PRINTED COPY

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### CERTIFICADO DE TITULO

01oct2004 07:53:18        0391-0265-4796-000000000

| NUMERO DE TITULO | FECHA EXPEDICION | NUMERO DE REGISTRO | FECHA REGISTRO |
|---|---|---|---|
| A 3464864 | 01oct2004 | 6410022 | 09jul2004 |

| NUMERO DE SERIE (VIN) | MARCA | MODELO | AÑO | NUM. CILINDROS |
|---|---|---|---|---|
| JTDAT123550349171 | toyota | schb | 2005 | 04 |

| CAP CARGA | PESO | NUEVO USADO | TITULO ANTERIOR | ESTADO | ODOMETRO | COLOR |
|---|---|---|---|---|---|---|
| 0# | 00 | Nuevo | CertOrig | JA |  | 15 blanco |

NOMBRE Y DIRECCION DEL DUEÑO REGISTRAL:

Nombre: RIVERA MARTINEZ, SANDRA M.

Resid: URB EL ROCIO
69 CALLE HIEDRA
CAYEY, PR 00736

ESTE ES SU TITULO DE PROPIEDAD. CONSERVELO EN SITIO SEGURO.

Postal: URB EL ROCIO
69 CALLE HIEDRA
CAYEY, PR 00736

**GRAVAMENES**

PRIMER GRAVAMEN (VENTA CONDICIONAL)

TCPRC

FECHA DIA-MES-AÑO

09jul2004

SEGUNDO GRAVAMEN (OTROS)

**CANCELACION GRAVAMEN**

EL (LOS) ABAJO FIRMANTE (S) TENEDOR (ES) DEL GRAVAMEN SOBRE EL VEHICULO DE MOTOR DESCRITO ARRIBA, CERTIFICAMOS QUE EL MISMO HA SIDO PAGADO (SI MAS DE UN GRAVAMEN DEBERAN APARECER DOS (2) FIRMAS)

PRIMER GRAVAMEN _____

SEGUNDO GRAVAMEN _____   FECHA _____   FIRMA AUTORIZADA _____

FECHA _____   FIRMA AUTORIZADA _____

NUMERO CONTROL

SECRETARIO DTOP O REPRESENTANTE AUTORIZADO

A- 6130805

NO ES VALIDO SI ALTERADO