## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**IN RE:**

JUAN LUIS HERNANDEZ VAZQUEZ
SANDRA M. RIVERA MARTINEZ
Debtor(s)

FIRSTBANK PUERTO RICO

Movant
JUAN LUIS HERNANDEZ VAZQUEZ
SANDRA M. RIVERA MARTINEZ
and Chapter 13 Trustee,
JOSE RAMON CARRION MORALES

Respondent(s)

CASE NO.    06-02633 SEK

CHAPTER    13


11 USC 362 d(1) d(2)


Relief from stay for cause

## MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

Comes now, Firstbank Puerto Rico, secured creditor, represented by the undersigned attorney who respectfully pray and state as follows:

1.    Jurisdiction over subject matter is predicated on section, 1334 and 157(b) 2(G), 28 USC.

2.    The cause of action is based on section 362 d(1) and d(2), 11 USC.

3.    In this case, an Order for Relief was entered on August 04, 2006.

4.    Movant is the holder in due course of a Mortgage Note, hereinafter the (Note), for $168,000.00, bearing interest of 7.62%, due on July 1, 2019.

5.    That the payment of aforementioned Mortgage Note is secured by a second mortgage that encumbers debtor's residence.

6.    Movant is the holder in due course of a Mortgage Note, hereinafter the (Note), for $52,500.00, bearing interest of 7.62%, due on July 1, 2019. Said Note is guaranteed by a first mortgage that encumbers debtor's residence.

7.     Since the filing date, debtor accounts have accumulated **Post Petition** arrears as described in Exhibit (A) and Exhibit (A-1) of this motion, Verified Statement in compliance with LBR 4001-1(d)(3) **and any other arrears that continue to accrued up to date all post petition arrears are paid.**

8.     Movant argues that considering what is here in above stated, cause exists for granting relief from the stay pursuant to section 362 d(1) d(2), supra, since debtor has failed to make post petition payments accordingly.

9.     Included as Exhibit (B), is movant's verified Statement regarding the information required by the Service Member Civil Relief Act of 2003 and a Department of Defense Manpower Data Center Military Status Report.

10.    Said default deprive movant to have its security interest protected as provided under the Bankruptcy Code.

WHEREFORE, movant prays for an Order granting the Relief from Stay as requested.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and to JOSE RAMON CARRION MORALES, US Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant to debtor(s) at theirs address of record in this case.

In San Juan, Puerto Rico, on the 10ᵗʰ day of March , 2011.

**CARDONA JIMENEZ LAW OFFICE**
Attorney for Firstbank Puerto Rico
PO Box 9023593
San Juan, PR 00902-3593
Tels: (787) 724-1303, Fax No. (787) 724-1369
E-mail: jf@cardonalaw.com

**s/José F. Cardona Jiménez, USDC PR 124504**
**jf@cardonalaw.com**



**1 First Bank**

## REQUEST FOR DISMISSAL

**ATTORNEY** _____ CARDONA & JIMENEZ _____

| | | | | | |
|---|---|---|---|---|---|
| **Loan Number** | 171267 | | | | |
| **Debtor** | JUAN L HERNANDEZ-VAZQU | | | | |
| **Co-Debtor** | SANDRA M RIVERA-MARTIN | | | | |
| **BKR #** | 06-02633 | **CHPT** 13 | **DATE FILED** | 8/4/2006 | |
| **Payments due** | 43 | **Pre-pet** 0 | **Post-pet** | 43 | |
| **Due Date** | | **Principal Balance** | | | |

**Post-Petition arrears:**

| | | | | | |
|---|---|---|---|---|---|
| 43 | **Months at** | $ 1,225.57 | | $ | 52,699.51 |
| | **Months at** | | | $ | - |
| **Late Charges at** | | | | $ | 3,091.40 |
| **Legal Cost** | | | | $ | 445.00 |
| **Foreclosure Fees** | | | | $ | - |
| **Inspections** | | | | $ | 317.50 |
| **Bad Chek Fee** | | | | $ | - |
| **Other Charges** | | | | $ | - |
| | | | **TOTAL** | $ | 56,553.41 |

All reinstallment payments must be made up to the current month, including legal fees & late charges

#### Verified Declaration

I, the undersigned, declare under penalty of perjury that the amounts claimed by Movant in the foregoing Requesf for Dismissal, represents accurately the information kept in accounting books and records kept by Movant in the ordinary course of business. I further declare under penalty that I have read the foregoing Motion from the Automatic Stay and that the facts alleged are true and correct to the best of my knowledge

**Name** _____
          BANKRUPTCY OFFICER

This Request for Dismissal was prepared   This   9   dayof   March   of   2011


Todo está en uno

## *UNSWORN STATEMENT*
## *UNDER PENALTY OF PERJURY*

The undersigned hereby certifies the following under penalty of perjury:

Debtor (s) Juan Hernandez Vazquez / Sandra Rivera Martinez

- Loan Number:171267

- Principal balance: $162,946.34

- Monthly late charges: $ 59.45

- Pre-petition arrears and other charges: $ 535.05

- Post-petition arrears: $56,553.41

- Other charges: $ .

- Last post-petition installment was received on 08/09/07 applied to 08/01/07

- _____ No post-petition payments have been made.

- Present value interest compounded at 7.62500%, per annum.

This 9 day of March of 2011.

Name: Juan A Benitez
Title: Bankruptcy Officer

IN RE: 171267

Juan Hernandez Vazquez

Sandra Rivera Martinez

Q# 06-02633

Debtor(s)                                    CHAPTER: 13

---

## *VERIFIED STATEMENT*

I, _____*Juan A Benitez*_____ of legal age ___*Single*_____ resident of

____*San Juan*____ , Puerto Rico, state under penalty of perjury as follows;

   That as to this date __March 9, 2011__ by search and review of the records

kept by ___*FirstBank*_____ in the regular course of business in regard to debtor

account with this bank there is no information that will lead the undersign to belief that

debtor is a service member either on active duty or under a call to active duty, in the

National Guard or as a commission officer of the Public Health Services or the National

Oceanic and Atmospheric Administration (NOAA) in active duty.


The bank has not received any written notice from debtor that his military status
has change.

That as part of my search I examined the following documents or records

available to me.

In testimony, wherefore I sign this document under penalty of perjuring in San

Juan, Puerto Rico on ___March *9*___ 2011.

_Bankruptcy Clerk_

Department of Defense Manpower Data Center                                    Mar-10-2011 08:49:16



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| HERNANDEZ | JUAN LUIS | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

### *More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

### *Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:Q5A14S5I82

Department of Defense Manpower Data Center

Mar-10-2011 08:50:40



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◀ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| RIVERA | SANDRA MILAGROS | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:GF6E9HQMG6



# LORD TITLE SERVICE CO.
713 ANDALUCIA AVENUE PUERTO NUEVO
SAN JUAN, PUERTO RICO 00920
WWW.LORDTITLE.COM

PHONE: (787) 774-1660
FAX: (787) 782-5888
TSEARCH@LORDTITLE.COM

Notice:

*CASE: CARDONA JIMENEZ LAW OFFICES*     Bianca   Bankruptcy #06-02633

***RE:*** *JUAN L. HERNANDEZ VAZQUEZ*     *Firstbank #171267 / 191268*

***PROPERTY NUMBER****: #21434 recorded at page 161 of volume 536 of Cayey,
Property Registry of Caguas, section 1st .*

***DESCRIPTION****: URBANA: Solar marcado con el #5 del Bloque E en el plano de
inscripción de la Urbanización El Rocío, situado en el Barrio Montellano del término
municipal de Cayey, Puerto Rico, con una cabida superficial de 378.00 metros
cuadrados. En lindes por el Norte en una distancia de 27.00 metros con el solar #6 del
bloque E; por el Sur en una distancia de 27.00 metros con el solar #4 del bloque E; por
el Este en una distancia de 14.00 metros con el solar 6 del bloque D y por el Oeste en
una distancia de 14.00 metros con la calle #4.*

*Afecta a una servidumbre de 1.52 metros de ancho que discurre a todo lo largo de su
colindancia Oeste a favor de la PRTC.*

*Enclava una casa.*

***ORIGIN****: Main Property #20411 recorded at page 72 of volume 494 of Cayey*

***FEE SIMPLE****: Title is vested in favor of **JUAN LUIS HERNANDEZ VAZQUEZ and his
wife SANDRA MILAGROS RIVERA MARTINEZ** who acquired for the purchase price
of $120,680.00 from Ciudad Centro Inc. , pursuant to Deed #42 executed in San Juan
on March 15, 2001 before Notary Public María Isabel Valle Galarza, recorded at page
161 of volume 536 of Cayey, property #21434 and inscription 1st.*

***ENCUMBRANCES****: By its origin: Easement in favor of AAA, AEE, PRTC, Central Cayey
Inc. and Restrictive Conditions.*

***BY ITSELF****: Mortgage constituted by JUAN LUIS HERNANDEZ VAZQUEZ and his wife
SANDRA MILAGROS RIVERA MARTINEZ  guaranteeing a note in favor of Firstbankof
PR and/or its assigns for the amount of $168,000.00 at  7 5/8% interest yearly, due on
July 1, 2019, constituted pursuant to Deed #469 executed in San Juan on June 8, 2004
before  Notary Public José R. Fournier Torres recorded at page 34 of  volume 548 of
Cayey , property #21434,  Inscription 4th.*

*Mortgage constituted by JUAN LUIS HERNANDEZ VAZQUEZ and his wife SANDRA
MILAGROS RIVERA MARTINEZ guaranteeing a note in favor of Firstbank of PR and/or
its assigns for the amount of $52,500.00 at  7 5/8% interest yearly, due on July 1, 2019,
constituted pursuant to Deed #470 executed in San Juan  on June 8, 2004 before Notary
Public José R. Fournier Torres recorded at page 34 of  volume 548 of Cayey, property
#21434, Inscription 5th.*

***NOTE: NEW INFORMATION SUBMITTED TO THE PROPERTY REGISTRY, MAY
TAKE A FEW DAYS TO BE REFLECTED INTO THE AGORA ELECTRONIC SYSTEM.
WE ARE NOT LIABLE  FOR ERRORS AND / OR OMISSIONS CREATED BY THIS
SITUATION.***

CONTINUE.........

THIS IS NOT A TITLE INSURANCE POLICY AND SHOULD NO BE RELIED UPON AS SUCH. LIABILITY FOR THIS TITLE SEARCH IS LIMITED TO THE AMOUNT PAID FOR IT. FOR FULL PROTECTION PURCHASERS AND LENDERS SHOULD REQUIRE A TITLE INSURANCE POLICY



## LORD TITLE SERVICE CO.
*713 ANDALUCIA AVENUE PUERTO NUEVO*
*SAN JUAN, PUERTO RICO 00920*
*WWW.LORDTITLE.COM*

*PHONE: (787) 774-1660*
*FAX: (787) 782-5888*
*TSEARCH@LORDTITLE.COM*

Notice:

*PAGE 2*
*PROPERTY #21434 OF CAYEY*

*Run for states attachments, including Law #12 of 2010 and federal attachments, judgments and Electronic Daily Log up to entry 260 of book 1159 (Agora System).*

*February 24, 2011*                                    *1102-0327*

*NOEL A. HERNANDEZ GUZMAN*
*PRESIDENT*

*3-F*

THIS IS NOT A TITLE INSURANCE POLICY AND SHOULD NOT BE RELIED UPON AS SUCH LIABILITY FOR THIS TITLE SEARCH IS LIMITED TO THE AMOUNT PAID FOR IT FOR FULL PROTECTION PURCHASERS AND LENDERS SHOULD REQUIRE A TITLE INSURANCE POLICY

**NOTE**
**PAGARE**

US $ ___168,000.00___

San Juan --, Puerto Rico
June 8th.-----, 200 4 .

---FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay FIRSTBANK PUERTO RICO,
---POR VALOR RECIBIDO, el (los) suscribiente(s) ("Deudor") prometo(n) pagar, a FIRSTBANK PUERTO RICO,

or order the principal sum of ___ONE HUNDRED SIXTY EIGHT THOUSAND___ --------------------------------
o a su orden, la suma principal de ___------------------------------------------------------------

------------------------------------------------------------
------------------------------------------------------------ DOLLARS, with interest on the unpaid
------------------------------------------------------------ DOLARES, con intereses sobre el balance

principal balance from the date of this Note, until paid at the rate of ___seven and five eighths, ---------------
Insoluto de principal desde la fecha de este Pagaré hasta su pago a razón de ___-------------------------------------

percent per annum. Principal and interest shall be payable at San Juan, Puerto Rico or such other place as
por ciento anual. El principal e intereses será pagaderos en San Juan, Puerto Rico o en cualquier otro lugar que

the Note holder may designate in writing, in consecutive monthly installments of ___ONE THOUSAND ONE HUNDRED EIGHTY___
el tenedor de este Pagaré indique por escrito, en plazos mensuales y consecutivos de ___------------------------------

___NINE DOLLARS AND NINE CENTS___ --------------------------------------------
------------------------------------------------------------

Dollars (US$ ___1,189.09___ ----), on the first day of each month beginning the first of ___August___ ------, 200 4 until the
Dólares (US$ ___------------------___), en el primer día de cada mes comenzando el primero de ___-------------___ de 200 hasta que

entire indebtedness evidenced hereby is fully paid, except that any remaining indebtedness, if not sooner paid, shall be due and payable -
se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante, si no antes pagada, quedará vencida y pagadero

on the first day of ___July, 2019.----------------___
en el día de primero de ___------------------------___

---If any monthly installment under this Note is not paid when due and remains unpaid after a date specified by a notice to Borrower,
---Si cualquier plazo mensual bajo este Pagaré no es pagado cuando venza y permanece impagado luego de la fecha especificada en la notificación al Deudor,

the entire principal amount outstanding and accrued interest thereon shall at once become due and payable at the option of the
la suma total de principal pendiente de pago e intereses acumulados sobre la misma quedarán inmediatamente vencidos y pagaderos a opción del

Note holder. The date specified shall be not less than thirty days from the date such notice is mailed. The Note holder
tenedor de este Pagaré. La fecha especificada no será anterior a treinta días a partir de la fecha de envío por correo de dicha notificación. El tenedor de este Pagaré

may exercise this option to accelerate during any default by Borrower regardless of any prior forbearance. If suit is brought
podrá ejercer esta opción de aceleración durante cualquier incumplimiento del Deudor, no empece cualquier indulgencia de morosidad anterior. De radicarse

to collect this Note, the Note holder shall be entitled to collect in such proceeding the agreed and liquidated amount of ten
procedimiento judicial para el cobro de este Pagaré, el tenedor de este Pagaré tendrá derecho a cobrar en dicho procedimiento la suma pactada y líquida de diez

percent of the original principal amount hereof to cover costs and expenses of suit, including but not limited to, attorney's fees.
porciento de la suma original de principal del presente para cubrir las costas y gastos de dicho procedimiento, incluyendo sin implicar limitación, honorarios de abogado.

---Borrower shall pay to the Note holder a late charge of ___Five___ percent of any monthly installment not received by the Note
---El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de ___Cinco___ porciento de cualquier plazo mensual que no sea recibido por el tenedor de este

holder when ___fifteen___ days after the installment is due. Borrower may prepay the principal amount outstanding in whole or in part
Pagaré dentro de ___quince___ días después de la fecha de vencimiento de dicho plazo. El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto de

The Note Holder may require that any partial prepayments (i) be made on the date monthly installments are due and (ii) be in
principal. El tenedor de este pagaré podrá requerir que cualesquiera pagos parciales (i) sean hechos en la fecha en que venzan plazos mensuales y (ii) sean en la

the amount of that part of ine or more monthly installments which would be applicable to principal. Any partial prepayment shall
la cuantía de aquella parte de uno o más plazos mensuales que sería aplicable a principal. Cualquier pago parcial por

be applied against the principal amount outstanding and shall not postpone the due date of any subsequent monthly installment or
anticipado será aplicado contra el principal insoluto y no pospondrá la fecha de vencimiento de cualquier plazo mensual subsiguiente

Change the amount of such installments, unless the Note holder shall otherwise agree in writing.
Ni cambiará el monto de dichos plazos a menos que el tenedor de este pagaré acuerde lo contrario por escrito.

---If, within five years from the date of this Note, the undersigned makes any prepayments in any twelve month period beginning with
---Si, dentro de cinco años desde la fecha de este Pagaré, los suscribientes hacen cualquier pago anticipado en cualquier período de doce meses comenzando con

the date of this Note or anniversary dates there.....ben year) with money lent to the undersigned by a lender.....man war.....

la fecha de este pagaré o la de sus aniversarios (año del préstamo") con dineros prestados a los suscribientes por un prestador que no sea el tenedor

hereof, the undersigned shall pay the holder hereof (a) during the first year of the loan THREE percent of the amount by which the

del presente, los suscribientes pagarán al tenedor del presente (a) durante el primer año del préstamo tres por ciento de la cuantía por

sum of prepayments made in any such loan year exceeds twenty percent of the original principal amount of this note and (b) during

la cual el total de los pagos anticipados hechos en cualquier año excede el veinte porciento de la cantidad original del principal de este pagaré y (b) durante

the second and third loan years TWO percent of the amount by which the sum of prepayments made in any such loan year exceeds

el segundo y tercer año del préstamo dos por ciento de la cuantía por la cual el total de los pagos anticipados hechos en ese tiempo excede

twenty percent of the original principal amount of this NOTE. (c) during the fourth and fifth loan year, ONE percent of the

el veinte porciento de la cantidad original del principal de este pagaré. (c)    durante el cuarto y quinto año del préstamo un por ciento

the amount by which the sum of prepayment made in any such loan year exceeds twenty percent of the original principal amount

de la cuantía por la cual el total de los pagos anticipados excedan el veinte porciento de la cantidad original

of this Note.--------------------------------------------------------------------------------------------------------------

del principal de este pagaré--------------------------

---Presentment, notice of dishonor, and protest are hereby waived by all makers, sureties, guarantors and endorsers hereof.
---Por la presente se renuncian los derechos de presentación, aviso de rechazo, y protesto por todos los otorgantes, fiadores, garantizadores y endosantes del presente.

This Note shall be the joint and several obligation of all makers, sureties, guarantors and endorsers, and shall be binding upon them
Este Pagaré constituye obligación solidaria de todos sus otorgantes, fiadores, garantizadores y endosantes    y    las obliga, así como a sus

and their heirs, personal representatives, successors and assigns.------------------------------------
herederos, representantes personales, sucesores y cesionarios.--------------------------------

---Any notice to Borrower provided for in this Note shall be given by mailing such notice by certified mail addressed to Borrower at
---Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser enviada por correo    certificado dirigida al Deudor a

the Property Address stated below, or to such other address as Borrower may designate by notice to the Note holder. Any notice
la Dirección de la Propiedad que abajo se indica, o a cualquier otra dirección que el Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier

to the Note holder shall be given by mailing such notice by certified mail return receipt requested, to the Note holder at the address
notificación al tenedor de este Pagaré deberá ser enviada por correo certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección

stated in the first paragraph of this Note, or at such other address as may have been designated by notice to Borrower.
indicada en el primer párrafo de este Pagaré, o a cualquier otra dirección que se haya designado mediante notificación al Deudor.

The indebtedness evidenced by this Note is secured by a Mortgage, dated of even date herewith, on property as indicated in
La deuda evidenciada por este pagaré está garantizada por una Hipoteca, de fecha igual a la del presente sobre propiedad según indicada en

Deed number_____ -- 469 -- _____ before the subscribing Notary.------------------------------------
la Escritura número_____ ==== _____ ante el Notario suscribiente.---

---This note has a    FIFTEEN ---|-------- ( -15- ) year payment plan with a    THIRTY ------- ( -30-)
year amortization, thus principal and interest will be covered in  ONE HUNDRED SEVENTY NINE    (179 ) consecutive
monthly    payments    of  $ 1,189.09 -------------- each,    and    a    final    Balloon    Payments,    number
ONE HUNDRED EIGHTY    ( 180 ) in the amount of $ 128,464.53 ------------- due on  JULY --------
1", 20_19_.

EL ROCIO DEVELOPMENT E-5
CAYEY, PUERTO RICO 00736

Property Address (Dirección de la Propiedad)

_JUAN LUIS HERNANDEZ VAZQUEZ_

_SANDRA MILAGROS RIVERA MARTINEZ_

(Execute Original Only)
(Otórguese el original únicamente)

Affidavit Number:   19,111

Acknowledged and subscribed before me by the personal signatory (ies), of the personal circumstances mentioned in the above-mentioned Deed, (who was) were) identified in compliance to the Notarial Law of Puerto Rico, in the same place and date of the deed above mentioned.------------------------------

NOTARY PUBLIC

Expedida primera copia ---
certificada de esta escri-
tura en la ciudad y fecha
de su otorgamiento a ----
solicitud de FirstBank---
Puerto Rico.------------

Notario Público.

--DEED NUMBER    FOUR HUNDRED SIXTY NINE  (469)----------
--ESCRITURA NUMERO ----------------------------------

# FIRST MORTGAGE
## PRIMERA HIPOTECA

In the City of ----- San Juan, ------------ Puerto Rico --
En la Ciudad de --------------------------------- Puerto Rico --

this  Eighth (8th), ----  day of ----- June, ----------------
hoy día --------------------------- de ----------------------

two thousand four (2004).------------ .--------------.

-------------------- BEFORE ME --------------------
-------------------- ANTE MI ----------------------

--  JOSE R. FOURNIER TORRES -------------, a Notary Public
--                                         , Notario Público

in Puerto Rico, with residence in the City of   Bayamón, ---------
en Puerto Rico con residencia en la Ciudad de --------------------

Puerto Rico,  and offices at San Juan, Puerto Rico.---------
Puerto Rico,    y oficinas en San Juan, Puerto Rico.--------

-------------------- APPEAR --------------------
-------------------- COMPARECE (N) --------------------

__The person(s) mentioned in paragraph SEVENTH hereof (herein
__La(s)  persona(s)  mencionada(s)  en  el  párrafo  SEPTIMO  (en  adelante

"Borrower")._____
"el Deudor")._____

__I, the Notary, hereby certify that I know the appearing parties
__Yo, el Notario, por la presente certifico que conozco a las comparecientes

herein and through their statements as to their ages, civil status
y    por    sus    dichos    de    sus    edades,    estados    civiles,

occupations and residences. They assure me that they have, and in my
ocupaciones  y  residencias.  Ellos  me  aseguran  que  tienen,  y  a  mi

judgment they do have, the necessary legal capacity to execute this
juicio  tienen,  la  capacidad  legal  necesaria  para  otorgar  esta

deed; wherefore they freely _____
escritura; por tanto libremente _____

-------------- STATE AND COVENANT: --------------
-------------- DECLARAN Y CONVIENEN: --------------

__FIRST: That Borrower is owner of the property described in
__PRIMERO: Que el Deudor es dueño de la propiedad descrita en

paragraph FIFTH hereof (herein "Property") and has the
el párrafo QUINTO de la presente (en adelante "la Propiedad") y que tiene el

right to mortgage said Property, that the Property is unencumbered,
derecho de hipotecar dicha Propiedad, que la Propiedad se halla libre de cargas

and that Borrower will warrant and defend the title to said
y gravámenes y que el Deudor garantizará y defenderá su título a dicha



Property against all claims and demands, subject to any declarations,

easements or restrictions listed in a schedule of exceptions to coverage

in any title insurance policy insuring the interest in the Property

of the Lender mentioned in paragraph EIGHTH hereof (herein

"Lender").

SECOND: That Borrower is indebted to Lender in the

principal sum of ONE HUNDRED SIXTY EIGHT THOUSAND ------

DOLLARS ($168,000.00) ----------------------------------

with interest thereon at the rate of seven and five eighths, ---

percent ( 7 5/8 %) per annum, which indebtedness is evidenced by a

certain note payable to Lender, or to its order, dated --------

June eight (8), ---------------- two thousand four (2004)-

(herein "Note") providing for monthly installments of ____

principal and interest with the balance of the indebtedness, if not

sooner paid, due and payable on July first, --------------

two thousand nineteen (2019) ------------------------

THIRD: To secure to Lender or to the holder by endorsement of

the note (a) the repayment of the indebtedness evidenced by the Note,

with interest thereon, (b) the performance of the covenants and agree-

ments of Borrower herein contained, (c) an amount of ten percent of

the original principal amount of the Note to cover costs, expenses and

- - FIFTH: The Property.
- - QUINTO: La Propiedad.

- -The description of the mortgaged Property is:
- - La descripción de la Propiedad es la siguiente:

---"URBANA: Solar marcado con el número cinco del Bloque "E" en el plano de inscripción de la Urbanización El Rocío, situado en el Barrio Montellano del término municipal de Cayey, Puerto Rico, con una cabida superficial de TRESCIENTOS SETENTA Y OCHO METROS CUADRADOS; y en lindes por el NORTE, en una distancia de veintisiete metros, con el solar número seis del Bloque "E"; por el SUR, en una distancia de veintisiete metros, con el solar número cuatro del Bloque "E"; por el ESTE, en una distancia de catorce metros, con el solar número seis del Bloque "D"; y por el OESTE, en una distancia de catorce metros, con la calle número cuatro.-------------------------------------

---Afecta a una servidumbre de uno punto cincuenta y dos metros de ancho que discurre a todo lo largo de su colindancia Oeste a favor de la Puerto Rico Telephone Company.-------------------------------

---Enclava una casa.----------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------

together with all the structures, improvements now or hereafter
junto con todas las estructuras, mejoras actuales o futuras

erected on the Property and all easements, rights, appurtenances and
en la Propiedad y todas las servidumbres, derechos, pertenencias y

rents, and all fixtures now and hereafter attached to the Property,
rentas, y todos los muebles actualmente o en el futuro adheridos a la Propiedad

all of which, including replacements and additions thereto shall
todos los cuales, incluyendo los que los reemplacen o se le añadan en el futuro

be deemed to be and remain a part of the Property covered by this
considerados como parte de la Propiedad cubierta por esta

Mortgage.-----------------------------------------------
Hipoteca.-----------------------------------------------

-- The Property is recorded at    Page One Hundred Sixty One------
-- La Propiedad está inscrita al

Volume Five Hundred Thirty Six of Cayey, Property Number

Twenty One Thousand Four Hundred Thirty Four, Registry of the

Property of Caguas, First Section. -------

-- **SIXTH:** Value of the Property.----------------------------
-- **SEXTO:** Valor de la Propiedad. ---------------------------

-- Pursuant to the provisions of the Mortgage and Property
-- En cumplimiento con las disposiciones de la Ley Hipotecaria y del

Registry Act of Puerto Rico, Lender and Borrower value the
Registro de la Propiedad de Puerto Rico, el Prestador y el Deudor tasan la

property at an amount equal to the original principal amount
propiedad en una cantidad equivalente al principal original

of the Note secured by this mortgage, which value shall serve
del pagaré garantizado con esta hipoteca, cuyo valor servirá

as lowest bid at the first auction in the event of foreclosure.
como tipo mínimo en la primera subasta en caso de ejecución.



21

-- SEVENTH: Appearing Parties ("Borrower").------------------
-- SEPTIMO: Comparecientes ("Deudor").------------------------

—JUAN LUIS HERNANDEZ VAZQUEZ, (Social Security Number 5585) and his wife, SANDRA MILAGROS RIVERA MARTINEZ, (Social Security Number     -9818), of legal age, property owners and residents of Cayey, Puerto Rico.----------------------------------------------

---EIGHTH:  "FirstBank Puerto Rico"(Employer's Social ------
---OCTAVO:  "FirstBank Puerto Rico"(Seguro Social ----------

Security Number 66-0183103) a commercial bank organized ----
Patronal Número 66-0183103) un banco comercial organizado-

and existing under the Laws of the Commonwealth of --------
y existente bajo las Leyes del Estado Libre Asociado de --

Puerto Rico, represented by  JUANITA MARRERO,-------------
Puerto Rico, representado por ----------------------------

of legal age, married--- , executive and resident of -----
mayor de edad, --------- , ejecutiv - y vecin -  de -------

. San Juan---------, Puerto Rico, who is authorized  ------
.----------------- , Puerto Rico, quien está autorizado ---

to appear by Certificate of Resolution subscribed under --
a comparecer por Certificado de Resolución suscrito bajo -

affidavit number three hundred eight dated January, fifteen
el testimonio número trescientos ocho de fecha quince-------

two thousand four before Notary Cristina María Castro ------
de enero de dos mil cuatro ante la Notario Cristina María---

Caratini ---------------------------------------------------
Castro Caratini.--------------------------------------------

who appears to comply with Article 186 of the Mortgage Law,-
quien comparece para dar cumplimiento al Artículo ----------

whom I attest is personally known to me. -------------------
186 de la Ley Hipotecaria, a quien doy fe de conocer personalmente.

--NINTH: Waiver of Homestead Rights.---------------------
--NOVENO: Renuncia de Hogar Seguro. ----------------------

-- Borrower hereby waives, in favor of the Lender, to the
-- El Deudor por la presente renuncia, a favor del Prestador, hasta el

fullest extent allowed by law, all homestead and similar rights
límite permitido por ley, todos sus derechos de hogar seguro y derechos similares

conferred upon Borrower by any law, including, without limitation,
conferidos al Deudor por cualquier ley incluyendo, sin implicar limitación,

the provisions of the Puerto Rico Right of Homestead (31 L.P.R.A.
las disposiciones sobre derecho de Hogar Seguro de Puerto Rico (31 L.P.R.A.

§185 1 - 1857)------------------------------------------------
§ 1851 -1857).-----------------------------------------------

--TENTH: Property Address. The    Property    Address    shall    be
--DECIMO: Dirección de la Propiedad. La Dirección de la Propiedad será

the address stated in the Note as the Property Address.----------------
la dirección indicada en el Pagaré como Dirección de la Propiedad.------------

It is stated that the mortgage note herein referred ----------------
---Se aclara que el pagaré a que se hace referencia -----------------------

in this deed has affidavit number nineteen thousand one hundred ---
en esta escritura, lleva el testimonio número   -------------------------------

eleven (19,111).--------------------------------------------------------
-------------------------------------------------------------------------

--------------------ACCEPTANCE---------------------
--------------------ACEPTACION -----------------------

--The appearing parties accept this Deed in its entirety and I, the
--Los comparecientes aceptan esta Escritura en su totalidad y yo, el

Notary, made to the appearing parties the necessary legal warnings
Notario, hice a los comparecientes las advertencias legales pertinentes

concerning the execution of the same. I, the Notary, advised the
relativas a su otorgamiento. Yo, el Notario, advertí a las -----

appearing parties as to their right to have witnesses present at this
partes comparecientes de su derecho de tener testigos presentes a este

execution, which right they waived. The appearing parties having otorgamiento,
a cuyo derecho renunciaron. Habiendo los comparecientes

read this Deed in its entirety, fully ratify and confirm the
leído esta Escritura en su totalidad, la ratifican totalmente y confirman que las

statements contained herein as the true and exact embodiment of their
declaraciones contenidas en la misma reflejan fiel y exactamente sus

stipulations, terms and conditions. Whereupon the appearing parties
estipulaciones, términos y condiciones. En cuya virtud los comparecientes

signed this Deed, before me, the Notary, and signed their initials on
firman esta Escritura ante mí, el Notario, y firman sus iniciales en

each and every page of this Deed.--------------------------
todas y cada una de las páginas de esta Escritura.-----------------

--Antes de proceder a firmar, el Notario suscribiente hace constar que ha
identificado a los comparecientes mediante los siguientes documentos de identidad:

---A los deudores con sus respectivas Licencias de ------

Conducir las cuales contienen sus fotos y firmas, -------

mostradas voluntariamente por éstos.-----------------------

-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------
-------------------------------------------------------------



23

--- I, the Notary, do hereby certify as to everything stated or contained
---Yo, el Notario, por la presente certifico de todo lo declarado y contenido

In this instrument.---------------------------------------------
en este instrumento.---------------------------------------------

--- I, the Notary, DO HEREBY ATTEST.----------------------
--- Yo, el Notario, DOY FE------------------------------------

--- En este estado se adiciona a la presente escritura lo
siguiente:------------------------------------------------

--- Que la propiedad aquí hipotecada, está afecta a
hipoteca constituida en garantía de pagaré suscrito a
favor de Doral Bank, por la suma de Veinticuatro Mil
Ciento Treinta y Seis Dólares ($24,136.00), según consta
de la escritura número ciento ochenta y ocho de fecha
quince de marzo de dos mil uno ante el Notario Edgardo Del
Valle Galarza, la cual está salda y R & G Mortgage Corp,
se ha comprometido mediante carta de fecha ocho de junio
de dos mil cuatro a cancelar el mismo; afecta además a
hipoteca constituida en garantía de un pagaré suscrito a
favor de R & G Premier Bank of Puerto Rico, o a su orden,
en la suma de Ciento Sesenta Mil Dólares ($160,000.00),
según surge de la escritura número cuatrocientos
dieciséis de fecha tres de diciembre de dos mil dos,
otorgada ante el Notario Omar Iván Arili Vizcarrondo, la
cual será pagada con fondos recibidos del préstamo
concedido a los Deudores por el Prestador y Yo, el Notario
Doy Fe de que he tenido a la vista el cheque para
cancelarla y me ha asegurado de que dicha hipoteca será
pagada a su Acreedor, a los fines de que suministre el
original del pagaré hipotecario a Mortgage Cancellation
Service para poder proceder a cancelar la hipoteca que lo
garantiza, de modo que la hipoteca que se constituye por
este documento quede en Primer Rango.--------------------

--- El Notario le advierte a los comparecientes que el
hecho de que exista un cheque y de que el mismo sea
remitido al acreedor hipotecario, con el propósito de
saldar la hipoteca que grava la propiedad, no constituye
una garantía absoluta de que ello así será hecho, ya que
depende de que el acreedor que recibe el pago suministre
a Mortgage Cancellation Service el pagaré hipotecario para
que ésta pueda proceder a la cancelación registral de la
hipoteca. Se le advierte además, a los comparecientes que
tienen el derecho de exigir que la referida hipoteca sea
cancelada en el mismo acto del refinanciamiento; y que de
renunciar voluntariamente a dicho derecho, queda advertido
y consciente de los riesgos y consecuencias de que así no
se cancele, a cuyo derecho renuncian voluntariamente. ----

---"The mortgage has a fifteen (15) years payment
plan with a thirty (30) years amortization, thus
principal and interest will be covered in one hundred
seventy nine (179) consecutive monthly payments of
One Thousand One Hundred Eighty Nine Dollars and Nine
Cents ($1,189.09) each, and a final Balloon Payment,
number one hundred eighty (180), in the amount of One
Hundred Twenty Eight Thousand Four Hundred Eighty
Four Dollars and Fifty Three Cents ($128,484.53) due
on July first, two thousand nineteen."----------------

---Yo, el Notario, Repito la Fe.------------------------

El precedente testimonio, consistente de 12 folios, es una copia
fiel y exacta de su original el cual obra en el protocolo de
instrumentos públicos a mi cargo del año 2004 el cual me remito.
Aparecen en el original las firmas e iniciales de los
comparecientes y la firma, rúbrica, signo y sello del Notario.
Canceladas en su original las correspondientes estampillas de
Rentas Internas y del Impuesto Notarial. Y a solicitud de
FirstBank Puerto Rico expido la presente copia, en San Juan,
Puerto Rico, hoy, 8 de junio de 2004.------------------------



NOTARIO PUBLICO



# REQUEST FOR DISMISSAL

**ATTORNEY**      CARDONA & JIMENEZ

| | | | | | |
|---|---|---|---|---|---|
| **Loan Number** | 171268 | | | | |
| **Debtor** | JUAN L HERNANDEZ-VAZQU | | | | |
| **Co-Debtor** | SANDRA M RIVERA-MARTIN | | | | |
| **BKR #** | 06-02633 | **CHPT** 13 | **DATE FILED** | | 8/4/2006 |
| **Payments due** | 43 | **Pre-pet** 0 | **Post-pet** | | 43 |
| **Due Date** | | **Principal Balance** | | | |

**Post- Petition arrears:**

| 43 | **Months at** $ 371.59 | | $ 15,978.37 |
|---|---|---|---|
| | **Months at** | | $ - |
| **Late Charges at** | | | $ 891.84 |
| **Legal Cost** | | | $ 400.00 |
| **Foreclosure Fees** | | | $ - |
| **Inspections** | | | $ 212.50 |
| **Bad Chek Fee** | | | $ - |
| **Other Charges** | | | $ - |
| | | **TOTAL** | $ 17,482.71 |

All reinstallment payments must be made up to the current month, including legal fees & late charges

### Verified Declaration

I, the undersigned, declare under penalty of perjury that the amounts claimed by Movant in the foregoing Request for Dismissal, represents accurately the information kept in accounting books and records kept by Movant in the ordinary course of business. I further declare under penalty that I have read the foregoing Motion from the Automatic Stay and that the facts alleged are true and correct to the best of my knowledge.

**Name**

BANKRUPTCY OFFICER

This Request for Dismissal was prepared    This    9    dayof    March    of    2011


Todo está en uno

## UNSWORN STATEMENT
## UNDER PENALTY OF PERJURY

The undersigned hereby certifies the following under penalty of perjury:

Debtor (s) Juan Hernandez Vazquez / Sandra Rivera Martinez

- Loan Number:171268

- Principal balance: $50,920.70

- Monthly late charges: $ 18.58

- Pre-petition arrears and other charges: $ 74.32

- Post-petition arrears: $17,482.71

- Other charges: $ .

- Last post-petition installment was received on 08/09/07 applied to 09/01/07

- _____ No post-petition payments have been made.

- Present value interest compounded at 7.62500%, per annum.

This 9 day of March of 2011.

Name: Juan A Benitez
Title: Bankruptcy Officer

IN RE: 171268

Juan Hernandez Vazquez

Sandra Rivera Martinez

Q# 06-02633

Debtor(s)                                    CHAPTER: 13

---

## *VERIFIED STATEMENT*

I, _____*Juan A Benitez*_____of legal age ___*Single*_____ resident of

_____*San Juan*_____ , Puerto Rico, state under penalty of perjury as follows;

That as to this date __March 9, 2011__ by search and review of the records

kept by ____*FirstBank*_____ in the regular course of business in regard to debtor

account with this bank there is no information that will lead the undersign to belief that

debtor is a service member either on active duty or under a call to active duty, in the

National Guard or as a commission officer of the Public Health Services or the National

Oceanic and Atmospheric Administration (NOAA) in active duty.


The bank has not received any written notice from debtor that his military status
has change.

That as part of my search I examined the following documents or records

available to me.

In testimony, wherefore I sign this document under penalty of perjuring in San

Juan, Puerto Rico on ____March *9*___ 2011.

_____
*Bankruptcy Clerk*



# LORD TITLE SERVICE CO.

*713 ANDALUCIA AVENUE PUERTO NUEVO*
*SAN JUAN, PUERTO RICO 00920*
*WWW.LORDTITLE.COM*

*PHONE: (787) 774-1660*
*FAX: (787) 782-5888*
*TSEARCH@LORDTITLE.COM*

Notice:

THIS IS NOT A TITLE INSURANCE POLICY AND SHOULD NOT BE RELIED UPON AS SUCH
LIABILITY FOR THIS TITLE SEARCH IS LIMITED TO THE AMOUNT PAID FOR IT
FOR FULL PROTECTION PURCHASERS AND LENDERS SHOULD REQUIRE A TITLE INSURANCE POLICY

**CASE:** CARDONA JIMENEZ LAW OFFICES        Bianca   Bankruptcy #06-02633

**RE:** JUAN L. HERNANDEZ VAZQUEZ        Firstbank #171267 / 191268

**PROPERTY NUMBER:** #21434 recorded at page 161 of volume 536 of Cayey,
Property Registry of Caguas, section 1st .

**DESCRIPTION:** URBANA: Solar marcado con el #5 del Bloque E en el plano de
inscripción de la Urbanización El Rocio, situado en el Barrio Montellano del término
municipal de Cayey, Puerto Rico, con una cabida superficial de 378.00 metros
cuadrados. En lindes por el Norte en una distancia de 27.00 metros con el solar #6 del
bloque E; por el Sur en una distancia de 27.00 metros con el solar #4 del bloque E; por
el Este en una distancia de 14.00 metros con el solar 6 del bloque D y por el Oeste en
una distancia de 14.00 metros con la calle #4.

Afecta a una servidumbre de 1.52 metros de ancho que discurre a todo lo largo de su
colindancia Oeste a favor de la PRTC.

Enclava una casa.

**ORIGIN:** Main Property #20411 recorded at page 72 of volume 494 of Cayey

**FEE SIMPLE:** Title is vested in favor of **JUAN LUIS HERNANDEZ VAZQUEZ and his
wife SANDRA MILAGROS RIVERA MARTINEZ** who acquired for the purchase price
of $120,680.00 from Ciudad Centro Inc. , pursuant to Deed #42 executed in San Juan
on March 15, 2001 before Notary Public María Isabel Valle Galarza, recorded at page
161 of volume 536 of Cayey, property #21434 and inscription 1st.

**ENCUMBRANCES:** By its origin: Easement in favor of AAA, AEE, PRTC, Central Cayey
Inc. and Restrictive Conditions.

**BY ITSELF:** Mortgage constituted by JUAN LUIS HERNANDEZ VAZQUEZ and his wife
SANDRA MILAGROS RIVERA MARTINEZ  guaranteeing a note in favor of Firstbankof
PR and/or its assigns for the amount of $168,000.00 at  7 5/8% interest yearly, due on
July 1, 2019, constituted pursuant to Deed #469 executed in San Juan on June 8, 2004
before Notary Public José R. Fournier Torres recorded at page 34 of  volume 548 of
Cayey , property #21434, Inscription 4th.

Mortgage constituted by JUAN LUIS HERNANDEZ VAZQUEZ and his wife SANDRA
MILAGROS RIVERA MARTINEZ guaranteeing a note in favor of Firstbank of PR and/or
its assigns for the amount of $52,500.00 at  7 5/8% interest yearly, due on July 1, 2019,
constituted pursuant to Deed #470 executed in San Juan  on June 8, 2004 before Notary
Public José R. Fournier Torres recorded at page 34 of  volume 548 of Cayey, property
#21434, Inscription 5th.

**NOTE: NEW INFORMATION SUBMITTED TO THE PROPERTY REGISTRY, MAY
TAKE A FEW DAYS TO BE REFLECTED INTO THE AGORA ELECTRONIC SYSTEM.
WE ARE NOT LIABLE  FOR ERRORS AND / OR OMISSIONS CREATED BY THIS
SITUATION.**

*CONTINUE.........*



# LORD TITLE SERVICE CO.
*713 ANDALUCIA AVENUE PUERTO NUEVO*
*SAN JUAN, PUERTO RICO 00920*
*WWW.LORDTITLE.COM*

*PHONE: (787) 774-1660*
*FAX: (787) 782-5888*
*TSEARCH@LORDTITLE.COM*

Notice:

*PAGE 2*
*PROPERTY #21434 OF CAYEY*

*Run for states attachments, including Law #12 of 2010 and federal attachments, judgments and Electronic Daily Log up to entry 260 of book 1159 (Agora System).*

*February 24, 2011*

*1102-0327*

*NOEL A. HERNANDEZ GUZMAN*
*PRESIDENT*

*3-F*

THIS IS NOT A TITLE INSURANCE POLICY AND SHOULD NOT BE RELIED UPON AS SUCH. LIABILITY FOR THIS TITLE SEARCH IS LIMITED TO THE AMOUNT PAID FOR IT. FOR FULL PROTECTION PURCHASERS AND LENDERS SHOULD REQUIRE A TITLE INSURANCE POLICY

-------NOTE-------
-------PAGARE-------

US $ __52,500.00__

__San Juan ----__, Puerto Rico
__June 8th. -----__, 200__4__.

---FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay FIRSTBANK PUERTO RICO.
---POR VALOR RECIBIDO, el (los) suscribiente(s) ("Deudor") promete(n) pagar a FIRSTBANK PUERTO RICO.

or order the principal sum of __FIFTY TWO THOUSAND FIVE HUNDRED --------------------------------__
o a su orden, la suma principal de _____

---------------------------------------------------------------------
---------------------------------------------------------------------   DOLLARS, with interest on the unpaid
---------------------------------------------------------------------   DOLARES, con intereses sobre el balance

principal balance from the date of this Note, until paid at the rate of __seven and five eighths -------------------__
Insoluto de principal desde la fecha de este Pagaré hasta su pago a razón de

percent per annum. Principal and interest shall be payable at San Juan, Puerto Rico or such other place as
por ciento anual. El principal e intereses serán pagaderos en San Juan, Puerto Rico o en cualquier otro lugar que

the Note holder may designate in writing, in consecutive monthly installments of __THREE HUNDRED SEVENTY ONE DOLLARS__
el tenedor de este Pagaré indique por escrito, en plazos mensuales y consecutivos de

__AND FIFTY NINE CENTS -----------------------------------__
-----------------------------------------------------------------

Dollars (US$ __371.59 -------__), on the first day of each month beginning the first of __August ----__, 200 4 until the
Dólares (US$ ------------------) en el primer día de cada mes comenzando el primero de --------------- de 200 hasta que

entire indebtedness evidenced hereby is fully paid, except that any remaining indebtedness, if not sooner paid, shall be due and payable
se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante, si no antes pagada, quedará vencida y pagadera

on the first day of __July, 2019.-----------------__
en el día primero de ----------------------------

---If any monthly installment under this Note is not paid when due and remains unpaid after a date specified by a notice to Borrower,
---Si cualquier plazo mensual bajo este Pagaré no es pagado cuando venza y permanece impagado luego de la fecha especificada en la notificación al Deudor,

the entire principal amount outstanding and accrued interest thereon shall at once become due and payable at the option of the
la suma total de principal pendiente de pago e intereses acumulados sobre la misma quedarán inmediatamente vencidos y pagaderos a opción del

Note holder. The date specified shall not be less than thirty days from the date such notice is mailed. The Note holder
tenedor de este Pagaré. La fecha especificada no será anterior a treinta días a partir de la fecha de envío por correo de dicha notificación. El tenedor de este Pagaré

may exercise this option to accelerate during any default by Borrower regardless of any prior forbearance. If suit is brought
podrá ejercer este opción de aceleración durante cualquier incumplimiento del Deudor, no empece cualquier indulgencia de morosidad anterior. De radicarse

to collect this Note, the Note holder shall be entitled to collect in such proceeding the agreed and liquidated amount of ten
procedimiento judicial para el cobro de este Pagaré, el tenedor de este Pagaré tendrá derecho a cobrar en dicho procedimiento la suma pactada y líquida de diez

percent of the original principal amount hereof to cover costs and expenses of suit, including but not limited to, attorney's fees.
porciento de la suma original de principal del presente para cubrir las costas y gastos de dicho procedimiento, incluyendo sin implicar limitación, honorarios de abogado.

---Borrower shall pay to the Note holder a late charge of __Five__ percent of any monthly installment not received by the Note
---El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de __Cinco__ porciento de cualquier plazo mensual que no sea recibido por el tenedor de este

holder within __fifteen__ days after the installment is due. Borrower may prepay the principal amount outstanding in whole or in part
Pagaré dentro de __quince__ días después de la fecha de vencimiento de dicho plazo. El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto de

The Note Holder may require that any partial prepayments (i) be made on the date monthly installments are due and (ii) be in
principal. El tenedor de este pagaré podrá requerir que cualesquiera pagos parciales (i) sean hechos en la fecha en que vencen plazos mensuales y (ii) sean en la

the amount of that part of ine or more monthly installments which would be aplicable to principal. Any partial prepayment shall
la cuantía de aquella parte de uno o mas plazos mensuales que seria aplicable a principal. Cualquier pago parcial por

be applied against the principal amount outstanding and shall not postpone the due date of any subsequent monthly installment or
anticipado será aplicado contra el principal insoluto y no pospondrá la fecha de vencimiento de cualquier plazo mensual subsiguiente

Change the amount of such installments, unless the Note holder shall otherwise agree in writing.
Ni cambiará el monto de dichos plazos a menos que el tenedor de este pagaré acuerde lo contrario por escrito.

---If, within five years from the date of this Note, the undersigned makes any prepayments in any twelve month period beginning with
---Si, dentro de cinco años desde la fecha de este Pagaré, los suscribientes hacen cualquier pago anticipado en cualquier periodo de doce meses comenzando con

the date of this Note or anniversary dates thereof ( ) year') with money lent to the undersigned by a lender oth. in the holder
la fecha de este pagaré o a la de sus aniversarios (año del préstamo) con dineros prestados a los suscribientes por un prestador que no sea el tenedor

shall pay the holder hereof (a) during the first year of the loan THREE percent of the amount by which the
del presente, los suscribientes pagarán al tenedor del presente (a) durante el primer año del préstamo tres por ciento de la cuenta por

sum of prepayments made in any such loan year exceeds twenty percent of the original principal amount of this note and (b) during
la cual el total de los pagos anticipados hechos en cualquier año exceda el veinte porciento de la cantidad original del principal de este pagaré ) durante

the second and third loan years TWO percent of the amount by which the sum of prepayments made in any such loan year exceeds
el segundo y tercer año del préstamo dos por ciento de la cuenta por la cual el total de los pagos anticipados hechos en ese tiempo exceda

twenty percent of the original principal amount of this NOTE. (c) during the fourth and fifth loan year, ONE percent of
el veinte porciento de la cantidad original del principal de este pagaré. (c)   durante el cuarto y quinto año del préstamo un por ciento

the amount by which the sum of prepayment made in any such loan year exceeds twenty percent of the original principal amount
de la cuantía por la cual el total de los pagos anticipados excedan el veinte porciento de la cantidad original

of this Note.--------------------------------------------------------------------------------------------------------
del principal de este pagaré.---------

---Presentment, notice of dishonor, and protest are hereby waived by all makers, sureties, guarantors and endorsers hereof.
---Por la presente se renuncian los derechos de presentación, aviso de rechazo, y protesto por todos los otorgantes, fiadores, garantizadores y endosantes del presente.

This Note shall be the joint and several obligation of all makers, sureties, guarantors and endorsers, and shall be binding upon them
Este Pagaré constituye obligación solidaria de todos sus otorgantes, fiadores, garantizadores y endosantes    y les obliga, así como a sus

and their heirs, personal representatives, successors and assigns.------------------------------------
herederos, representantes personales, sucesores y cesionarios.-----

--Any notice to Borrower provided for in this Note shall be given by mailing such notice by certified mail addressed to Borrower at
--Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser enviada por correo    certificado dirigida al Deudor a

the Property Address stated below, or to such other address as Borrower may designate by notice to the Note holder. Any notice
la Dirección de la Propiedad que abajo se indica, o a cualquier otra dirección que el Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier

to the Note holder shall be given by mailing such notice by certified mail return receipt requested, to the Note holder at the address
notificación al tenedor de este Pagaré deberá ser enviada por correo certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección

stated in the first paragraph of this Note, or at such other address as may have been designated by notice to Borrower.
indicada en el primer párrafo de este Pagaré, o a cualquier otra dirección que se haya designado mediante notificación al Deudor.

The indebtedness evidenced by this Note is secured by a Mortgage, dated of even date herewith, on property as indicated in
La deuda evidenciada por este pagaré está garantizada por una Hipoteca, de fecha igual a la del presente sobre propiedad según indicado en

Deed number    -- 470 --    before the subscribing Notary.---------------------------------------------
la Escritura número    =====    ante el Notario suscribiente.------

--This note has a    FIFTEEN ---------- (-15- ) year payment plan with a    THIRTY --------- (-30- )
year amortization, thus principal and interest will be covered in ONE HUNDRED SEVENTY NINE ( 179 )consecutive
monthly payments of $ 371.59 -------------- each, and a final Balloon Payments, number
ONE HUNDRED EIGHTY - ( 180), in the amount of $ 40,151.56 -------------- due on    JULY -------
1st, 20 19 .---------

EL ROCIO DEVELOPMENT E-5
CAYEY, PUERTO RICO 00736

Property Address (Dirección de la Propiedad)

JUAN LUIS HERNANDEZ VAZQUEZ

SANDRA MILAGROS RIVERA MARTINEZ

Affidavit Number:    19,112

(Execute Original Only)
(Otórguese el original únicamente)

Acknowledged and subscribed before me by the above signatory (ies), of the
personal circumstances mentioned in the above-mentioned Deed, who was (were)
identified in compliance to the Notarial Law of Puerto Rico, in the same place and
date of the deed above mentioned.----------------------------------------------

NOTARY PUBLIC
NOTARIO PUBLICO

Expedida primera copia —
certificada de esta escri-
tura en la ciudad y fecha
de su otorgamiento a ——
solicitud de FirstBank—
Puerto Rico.——

**Notario Público.**

---

-- DEED NUMBER   FOUR HUNDRED SEVENTY (470) ----------
-- ESCRITURA NÚMERO ------

------------- SECOND MORTGAGE -----------
----------------- SEGUNDA HIPOTECA -----------------

__ In the City of   San Juan, ------------   **Puerto Rico** __
__ En la Ciudad de ------------------------   **Puerto Rico.** __

this  Eighth (8th.) -----  day of  June, -----------------
hoy día ------------------  de ------------------

two thousand four (2004)   -----------------------

------------------ BEFORE ME ------------------
------------------ ANTE MÍ ------------------

--   JOSE R. FOURNIER TORRES -----------  , a Notary Public
--                                         , Notario Público

in Puerto Rico, with residence in the City of  Bayamón, -----------
en Puerto Rico con residencia en la Ciudad de ------------

Puerto Rico, and offices at San Juan, Puerto Rico.——
Puerto Rico,    y oficinas en San Juan, Puerto Rico.——

------------------ APPEAR ------------------
------------------ COMPARECE (N) ------------------

__ The person(s) mentioned in paragraph SEVENTH hereof (herein
__ La(s) persona(s) mencionada(s) en el párrafo SÉPTIMO (en adelante

"Borrower"). ------------------
"el Deudor"). ------------------

__ I, the Notary, hereby certify that I know the appearing parties
__ Yo, el Notario, por la presente certifico que conozco a las comparecientes

herein  and through their statements  as to their ages, civil status
y   por   sus   dichos   de   sus   edades,   estados   civiles,

occupations and residences. They assure me that they have, and in my
ocupaciones y residencias. Ellos me aseguran que tienen, y a mi

judgment they do have, the necessary legal capacity to execute this
juicio tienen, la capacidad legal necesaria para otorgar esta

deed; wherefore they  freely -------------------------
escritura; por tanto libremente ------------------

------------- STATE AND COVENANT: -----------
------------- DECLARAN Y CONVIENEN: ------------



__ FIRST: That Borrower is owner of the property described in
__ PRIMERO: Que el Deudor es dueño de la propiedad descrita en

paragraph  FIFTH  hereof  (herein "Property") and  has  the
el párrafo QUINTO de la presente (en adelante "la Propiedad") y que tiene el

right to mortgage said Property, that the Property is unencumbered,
derecho de hipotecar dicha Propiedad, que la Propiedad se halla libre de cargas

and that  Borrower will  warrant  and  defend  the  title  to  said
y que el Deudor garantizará y defenderá el título a dicha

PUERTO RICO — 1 to 4 Family — 9/75 — FNMA/FHLMC UNIFORM INSTRUMENT

1

Property against all claims and demands, subject to any declarations,
Propiedad contra toda reclamación y demanda, sujeto a cualquier declaración,

easements or restrictions listed in a schedule of exceptions to coverage
servidumbres o restricción detallada en la lista de excepciones a cubierta

in any title insurance policy insuring the interest in the Property
en cualquier póliza de seguro de título que asegure el interés en la propiedad

of the Lender mentioned in paragraph EIGHTH hereof (herein
del Prestador mencionado en el párrafo OCTAVO de la presente (en adelante

"Lender"). _____
"el Prestador"). _____

__SECOND: That Borrower is indebted to Lender in the
__SEGUNDO: Que el Deudor adeuda al Prestador la _____

principal sum of   FIFTY TWO THOUSAND FIVE HUNDRED DOLLARS
suma principal de --------------------------------------------

($52,500.00) -------------------------------------------
------------------------------------------------

with interest thereon at the rate of   seven and five eighths---
con interés sobre la misma a razón del ---------------------------

percent ( 7 5/8 %) per annum, which indebtedness is evidenced by a
por ciento ( ----%) anual, cuya deuda está_____

certain note payable to Lender, or to its order, dated --------
evidenciada por un pagaré pagadero al Prestador, o a su orden, fechado --------

June eight (8), two thousand four (2004) --------------
------------------------------------------------

(herein "Note") providing for monthly installments of ___
(en adelante "el Pagaré") en el cual se dispone para el pago de plazos mensuales de

principal and interest with the balance of the indebtedness, if not
principal e interes con el balance de la deuda, si no ha sido

sooner paid, due and payable on   July first, ------------
antes satisfecha, vencedero y pagadero el --------------------------

two thousand nineteen (2019)--------------------------
------------------------------------------------

__THIRD: To secure to Lender or to the holder by endorsement of
__TERCERO: Para garantizar al Prestador o al tenedor por endoso del

the note (a) the repayment of the indebtedness evidenced by the Note,
Pagaré (a) el pago de la deuda evidenciada por el Pagaré,

with interest thereon, (b) the performance of the covenants and agree-
con sus intereses, (b) el cumplimiento de los pactos y conve-

ments of Borrower herein contained, (c) an amount of ten percent of
nios del Deudor aquí contenidos, (c) una suma equivalente al diez por ciento

the original principal amount of the Note to cover costs, expenses and
de la cuantía original del principal del Pagaré para cubrir costas, gastos y

-- FIFTH: The Property.——————————————————
-- QUINTO: La Propiedad.——————————————————

--The description of the mortgaged Property is:——————
-- La descripción de la Propiedad es la siguiente:——————

----"URBANA: Solar marcado con el número cinco del
Bloque "E" en el plano de inscripción de la
Urbanización El Rocío, situado en el Barrio
Montellano del término municipal de Cayey, Puerto
Rico, con una cabida superficial de TRESCIENTOS
SETENTA Y OCHO METROS CUADRADOS; y en lindes por el
NORTE, en una distancia de veintisiete metros, con
el solar número seis del Bloque "E"; por el SUR, en
una distancia de veintisiete metros, con el solar
número cuatro del Bloque "E"; por el ESTE, en una
distancia de catorce metros, con el solar número
seis del Bloque "D"; y por el OESTE, en una
distancia de catorce metros, con la calle número
cuatro.——————————————————————————————————
----Afecta a una servidumbre de uno punto cincuenta
y dos metros de ancho que discurre a todo lo largo
de su colindancia Oeste a favor de la Puerto Rico
Telephone Company.——————————————————————————
---Enclava una casa.——————————————————————
——————————————————————————————————————————
——————————————————————————————————————————
——————————————————————————————————————————
——————————————————————————————————————————
——————————————————————————————————————————
——————————————————————————————————————————
——————————————————————————————————————————
——————————————————————————————————————————
——————————————————————————————————————————

Together with all the structures, improvements now or hereafter
junto   con   todas   las   estructuras,   mejoras   actuales   o   futuras

erected on the Property and all easements, rights, appurtenances and
en   la   Propiedad   y   todas   las   servidumbres,   derechos,   pertenencias   y

rents, and all fixtures now and hereafter attached to the Property,
rentas, y todos los muebles actualmente o en el futuro adheridos a la Propiedad

all of which, including replacements and additions thereto shall
todos los cuales, incluyendo los que los reemplacen o se le añadan en el futuro

be deemed to be and remain a part of the Property covered by this
considerados   como   parte   de   la   Propiedad   cubierta   por   esta

Mortgage.-----------------------------------------------------------
Hipoteca.-----------------------------------------------------------

-- The Property is recorded at     Page One Hundred Sixty One--------
-- La Propiedad está inscrita al

Volume Five Hundred Thirty Six of Cayey, Property Number

Twenty One Thousand Four Hundred Thirty Four, Registry of the

Property of Caguas, First Section. --------------------------------

_____

_____

_____

_____

_____

_____

_____

_____

-- SIXTH: Value of the Property.----------------------------------
-- SEXTO: Valor de la Propiedad. ---------------------------------

-- Pursuant to the provisions of the Mortgage and Property
-- En cumplimiento con las disposiciones de la Ley Hipotecaria y del

Registry Act of Puerto Rico, Lender and Borrower value the
Registro de la Propiedad de Puerto Rico, el Prestador y el Deudor tasan la

property at an amount equal to the original principal amount
propiedad   en   una   cantidad   equivalente   al   principal   original

of the Note secured by this mortgage, which value shall serve
del   pagaré   garantizado   con   esta   hipoteca,   cuyo   valor   servirá

as lowest bid at the first auction in the event of foreclosure.
como   tipo   mínimo   en   la   primera   subasta   en   caso   de   ejecución.



-- **SEVENTH:** Appearing Parties ("Borrower").------------------
-- **SEPTIMO:** Comparecientes ("Deudor").------------------------

—JUAN LUIS HERNANDEZ VAZQUEZ, (Social Security Number ...
5585) and his wife, SANDRA MILAGROS RIVERA MARTINEZ, (Social
Security Number ,-9818), of legal age, property owners and residents of
Cayey, Puerto Rico.————————————————

---**EIGHTH:** "FirstBank Puerto Rico"(Employer's Social ------
---**OCTAVO:** "FirstBank Puerto Rico"(Seguro Social ----------

Security Number 66-0183103) a commercial bank organized ----
Patronal Número 66-0183103) un banco comercial organizado-

and existing under the Laws of the Commonwealth of -------
y existente bajo las Leyes del Estado Libre Asociado de --

Puerto Rico, represented by JUANITA MARRERO,--------------
Puerto Rico, representado por --------------------------------

of legal age, married-- , executive and resident of -----
mayor de edad, --------- , ejecutiv - y vecin - de -------

. San Juan--------, Puerto Rico, who is authorized ------
.---------------- , Puerto Rico, quien está autorizado ---

to appear by Certificate of Resolution subscribed under --
a comparecer por Certificado de Resolución suscrito bajo -

affidavit number three hundred eight dated January, fifteen
el testimonio número trescientos ocho de fecha quince-------

two thousand four before Notary Cristina Maria Castro ------
de enero de dos mil cuatro ante la Notario Cristina Maria---

Caratini -----------------------------------------------------
. Castro Caratini.-------------------------------------------------

who appears to comply with Article 186 of the Mortgage Law,-
quien comparece para dar cumplimiento al Artículo ----------

whom I attest is personally known to me. --------------------
186 de la Ley Hipotecaria, a quien doy fe de conocer personalmente.

--**NINTH:** Waiver of Homestead Rights.----------------------
--**NOVENO:** Renuncia de Hogar Seguro. --------------------------

-- Borrower hereby waives, in favor of the Lender, to the
-- El Deudor por la presente renuncia, a favor del Prestador, hasta el

fullest extent allowed by law, all homestead and similar rights
límite permitido por ley, todos sus derechos de hogar seguro y derechos similares

conferred upon Borrower by any law, including, without limitation,
conferidos al Deudor por cualquier ley incluyendo, sin implicar limitación,

the provisions of the Puerto Rico Right of Homestead (31 L.P.R.A.
las disposiciones sobre derecho de Hogar Seguro de Puerto Rico (31 L.P.R.A.

§185 1 - 1857)-----------------------------------------------
§ 1851 -1857).-----------------------------------------------

--**TENTH:** Property Address. The Property Address shall be
--**DECIMO:** Dirección de la Propiedad. La Dirección de la Propiedad será

the address stated in the Note as the Property Address.----------------
la dirección indicada en el Pagaré como Dirección de la Propiedad.-------------

---It is stated that the mortgage note herein referred ----------------
---Se aclara que el pagaré a que se hace referencia --------------------

in this deed has affidavit number  nineteen thousand one hundred---
en esta escritura, lleva el testimonio número --------------------------------
twelve (19,112).--------------------------------------------------
--------------------------------------------------------------------

----------------ACCEPTANCE--------------------
--------------------ACEPTACION --------------------

--The appearing parties accept this Deed in its entirety and I, the
--Los comparecientes aceptan esta Escritura en su totalidad y yo, el

Notary, made to the appearing parties the necessary legal warnings
Notario, hice a los comparecientes las advertencias legales pertinentes

concerning the execution of the same. I, the Notary, advised the
relativas a su otorgamiento. Yo, el Notario, advertí a las -----

appearing parties as to their right to have witnesses present at this
partes comparecientes de su derecho de tener testigos presentes a esta

execution, which right they waived. The appearing parties having otorgamiento,
a cuyo derecho renunciaron. Habiendo los comparecientes

read this Deed in its entirety, fully ratify and confirm the
leído esta Escritura en su totalidad, la ratifican totalmente y confirman que las

statements contained herein as the true and exact embodiment of their
declaraciones contenidas en la misma reflejan fiel y exactamente sus

stipulations, terms and conditions. Whereupon the appearing parties
estipulaciones, términos y condiciones. En cuya virtud los comparecientes

signed this Deed, before me, the Notary, and signed their initials on
firman esta Escritura ante mí, el Notario, y firman sus iniciales en

each and every page of this Deed.-------------------------
todas y cada una de las páginas de esta Escritura.-------------------

--Antes de proceder a firmar, el Notario suscribiente hace constar que ha
identificado a los comparecientes mediante los siguientes documentos de identidad:

---A los deudores con sus respectivas Licencias de ------

Conducir las cuales contienen sus fotos y firmas, -------

mostradas voluntariamente por éstos.----------------------

-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------
-------------------------------------------------------



23

--- I, the Notary, do hereby certify as to everything stated or contained

---Yo, el Notario, por la presente certifico de todo lo declarado y contenido

in this instrument.----------------------------------------------------------

en este instrumento.---------------------------------------------------------

--- I, the Notary, DO HEREBY ATTEST.----------------------------

--- Yo, el Notario, DOY FE.----------------------------------

---En este estado se adiciona a la presente escritura lo siguiente:----------------------------------------

--- Que la propiedad aquí hipotecada está afecta a hipoteca constituida en garantía de un pagaré suscrito a favor de FirstBank Puerto Rico, por la suma de Ciento Sesenta y Ocho Mil Dólares ($168,000.00), según surge de la escritura número Cuatrocientos sesenta y nueve ----

de esta misma fecha pasada ante este fedatario y a la que se constituye por esta escritura.-------------------

---Es condición de esta hipoteca el cumplimiento específico de pago de la hipoteca antes mencionada. En caso de no pago de esa hipoteca podrá declararse vencida y pagadera esta hipoteca. ------------------------------

---"The mortgage has a fifteen (15) years payment plan with a thirty (30) years amortization, thus principal and interest will be covered in one hundred seventy nine (179) consecutive monthly payments of Three Hundred Seventy One Dollars and Fifty Nine Cents ($371.59) each, and a final Balloon Payment, number one hundred eighty (180), in the amount of Forty Thousand One Hundred Fifty One Dollars and Fifty Six Cents ($40,151.56) due on July first, two thousand nineteen."-------------------

---Yo, el Notario, Repito la Fe.-------------------------

El precedente testimonio, consistente de 12 folios, es una copia fiel y exacta de su original el cual obra en el protocolo de instrumentos públicos a mi cargo del año 2004 al cual me remito. Aparecen en el original las firmas e iniciales de los comparecientes y la firma, rúbrica, signo y sello del Notario. Canceladas en su original las correspondientes estampillas de Rentas Internas y del Impuesto Notarial. Y a solicitud de FirstBank Puerto Rico expido la presente copia, en San Juan, Puerto Rico, hoy, 8 de junio de 2004. ----------------------------





24