**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: <br><br> JUAN LUIS HERNANDEZ VAZQUEZ <br> SANDRA MILAGROS RIVERA MARTINEZ <br><br>     Debtor(s) <br> --------------------------------------- <br> Firstbank Puerto Rico <br><br>     Movant <br><br> Vs. <br><br> JUAN LUIS HERNANDEZ VAZQUEZ <br> SANDRA MILAGROS RIVERA MARTINEZ <br> and JOSE R. CARRION MORALES <br> as DEBTOR(S) TRUSTEE <br><br>     Respondent(s) | CASE NO. 06-02633 SEK <br><br> CHAPTER 13 <br><br><br><br> (X) of acts against property <br>     under 11 USC § 362 (d) (1) <br>     "CAUSE" |

**NOTICE ON MOTION FOR RELIEF OF STAY UNDER 11 USC § 362**

TO THE ABOVE NAMED RESPONDENT(S), JUAN LUIS HERNANDEZ VAZQUEZ, SANDRA MILAGROS RIVERA MARTINEZ and JOSE R. CARRION MORALES:

    You are hereby notified that on _____ the above movant filed the enclosed Motion seeking relief from the automatic stay of 11 USC § 362.

    (Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance).

You must file an answer to the motion within **fourteen (14) days** from the service of this notice, and serve such answer upon movant or his attorney, **CARDONA-JIMENEZ LAW OFFICE**, whose address is PO Box 9023593 San Juan, PR 00902-3593, Tels: (787) 724-1303, Fax No. (787) 724-1369.

    **IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

    If a timely answer is file, then _____, at _____ at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 RECINTO SUR., 2ND FLOOR, COURTROOM 1, OLD SAN JUAN, PR, is fixed as the time and place for the Preliminary/ and or Final Hearing on such motion.

                                                          CELESTINO MATTA-MENDEZ
                                                           Clerk of Court

                                                           By:_____

Issued:_____